UNITED STATES of America, Appellee,

v.

William H. MELCHER, Acting Director of Revenue, State of Missouri, et al., Appellants.

No. 91–2206.

United States Court of Appeals, Eighth Circuit.

July 21, 1993.

On remand from the United States Supreme Court, —— U.S. ——, 113 S.Ct. 2925, 124 L.Ed.2d 676, the opinion and judgment of this court filed September 16, 1992, 975 F.2d 511, are vacated. The mandate issued November 17, 1992, is hereby recalled.